[No. 9966-7-II.  Division Two.  January 21, 1988.]

LLOYD C. HARRISON, ET AL, *Appellants,* v. WANDA M. KING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-02692-1, Thomas A. Swayze, Jr., J., entered May 2, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8870-3-II.  Division Two.  January 21, 1988.]

HONG CHA RAYNOR, *Appellant,* v. BO KUNG PAK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-02513-9, D. Gary Steiner, J., entered May 31, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 9979-9-II.  Division Two.  January 21, 1988.]

MICHAEL S. TILLOTSON, *Appellant,* v. JOHN JAMES REHA, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-00466-9, William L. Brown, Jr., J., entered May 9, 1986. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Jacques, J. Pro Tem.